IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD TURPIN                                                          PLAINTIFF
#79031

v.                              No. 4:22-cv-575-DPM

JOSHUA NOBLES,
Attorney at Law                                                        DEFENDANT

JUDGMENT

Turpin's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 June 2022